**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | |
|---|---|
| In re: ] <br> ] <br> ADENIKE BITTO ] <br> ] <br> Debtor. ] <br> ] | Case No. 22-10797 <br> (Chapter 7) |

**ENTRY OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

Please take notice that the undersigned hereby enters her appearance, as counsel for Montgomery Mutual, Inc., a creditor in this bankruptcy proceeding, and requests that she be placed on the mailing matrix and that all notices are given or required to be given in this case, and all papers served in this case, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, plans, disclosure statements, requests, complaints or demands, whether formal or informal, written or oral, be given to and served upon the undersigned.

Dated:  February 18, 2022                                     Respectfully submitted,


                                                                                     */s/ Ruth O. Katz*
                                                                                     Ruth O. Katz
                                                                                     Lerch, Early & Brewer, Chtd.
                                                                                     7600 Wisconsin Avenue, Suite 760
                                                                                     Bethesda, MD  20814-5367
                                                                                     Telephone: 301-657-0188
                                                                                     Fax: 301- 347-1534

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 18, 2022, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Appearance will be served electronically by the Court's CM/ECF System on the following:

Laura J. Margulies, Trustee

                /s/ Ruth O. Katz
                Ruth O. Katz

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 18, 2022, I reviewed the Court's CM/ECF system and it reports that a copy of the Notice of Appearance will be served on the following individual via regular mail:

Adenike Bitto
3582 Gleneagles Drive, Unit 32-B
Silver Spring, Maryland 20906

                /s/ Ruth O. Katz
                Ruth O. Katz