# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

FILED

2022 MAR -7 AM 10: 52

In re:  party 1  Adenike Bitto
      party 2
          Debtor(s)

Case No.  # 22-10797
Chapter  7

---

Title: Debtor's Motion to Convert Chapter 7 to 13

Debtor's Motion to Convert Case to Chapter 13

The Debtors, pursuant to 11 U.S.C. # 706(a), hereby elect to convert the above-captioned chapter 7 case to a case under chapter 13 of the Bankruptcy Code. The debtors are entitled to convert their case because:
    1. This case, filed on 02/17/2022, has not been previously converted under sections 1112 or 1307 of the Bankruptcy code.
    2. The Debtors are eligible to be debtors under chapter 13 of the Bankruptcy Code.

WHEREFORE, the Debtors earnestly pray for relief under chapter 13 of the Bankruptcy code.

March 7, 2022:

*ABitto*

Adenike Bitto
Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In Re: Adenike Bitto * Case Number: 22-10797

\* Chapter: 7 Convert 13

\*

Debtor(s)

\*

\*

## CERTIFICATE OF SERVICE

I hereby certify that on the  7th  day of  MARCH , 2022, a copy of Debtor's Motion to Convert Case to Chapter 13

was mailed first class mail, postage prepaid to:

Name    Montgomery Mutual of Leisure World
Address  3701 Rossmoor Blvd
City, State, Zip Code  Silver Spring, MD 20906

Name    Trustee: Laura J. Margulies, Laura Margulies Trustee, PC
Address 1680 East Gude Drive, Suite 200
City, State, Zip Code Rockville, MD 20850

Name
Address
City, State, Zip Code

Signature: ABitto