Entered: March 25th, 2022
Signed: March 25th, 2022
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **22–10797 – LSS**   Chapter: **7**

**Adenike Bitto**
Debtor

### ORDER CONVERTING FROM CHAPTER 7
### TO A CASE UNDER CHAPTER 13
### ON THE MOTION OF DEBTOR

Upon consideration of the request for conversion made by the Debtor, and it appearing that this case has not previously been converted and that 11 U.S.C. § 706(a) grants Debtor the right to convert a case from Chapter 7 to Chapter 13, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the above–captioned case under Chapter 7 is converted to a case under Chapter 13; and it is further

ORDERED, that the Debtor shall file a Chapter 13 Plan within fourteen (14) days after the date this Order is entered; and it is further

ORDERED, that if no Chapter 13 Plan is filed, the court may reconvert this case to a case under Chapter 7 or dismiss this case, without further notice or hearing, because of Debtor's failure to prosecute the case; and it is further

ORDERED, that if the Debtor files a motion to dismiss this case, notice of the motion and an opportunity for hearing must be given by the Debtor to all creditors and to both the Chapter 13 Trustee and the former Chapter 7 Trustee.

cc:   Debtor
      Attorney for Debtor – PRO SE
      Case Trustee – Laura J. Margulies
      U.S. Trustee

**End of Order**

13x02 (rev. 05/21/2012) – ChristopherAdams